FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>HARDY JONES<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA13-264M-2 | |
| | **ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** | |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing
is set for __Friday, June 21__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the
Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/19/13__

U.S. ~~District Judge~~/Magistrate Judge

**JEAN P. ROSENBLUTH**